**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-12085

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SHELDON JASON BURCH,

*Defendant-Appellant.*

————————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:23-cr-00086-RSB-CLR-1

————————————————

Before NEWSOM, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Burch's plea agreement is GRANTED, and we DISMISS with prejudice his challenges to his sentence. *See*

2                     Opinion of the Court                  25-12085

*United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993)
(holding that a sentence-appeal waiver will be enforced if it was
made knowingly and voluntarily); *United States v. Grinard-Henry*,
399 F.3d 1294, 1296 (11th Cir. 2005) (concluding that the waiver of
the right to appeal includes the waiver of the right to appeal diffi-
cult or debatable legal issues or even blatant error).